THOMAS A. JOHNSON, #119203

1007 7th Street, Suite 500
Sacramento, California  95814
Telephone:  (916) 422-4022

Attorney for Defendant Artellan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TIMOTHY PAUL ARTELLAN,<br><br>　　　　　Defendant | Case No.: CR-S-08-0192 GEB<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:　　August 8, 2008<br>Time:　　9:00 a.m.<br>Judge:　 Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for August 8, 2008 at 9:00 a.m. be continued to September 26, 2008 at 9:00 a.m.in the same courtroom. Laurel White, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to negotiate a plea agreement in this matter.

It is further stipulated that Defendant need not appear in Court on August 8, 2008, but must appear on September 26, 2008.

It is further stipulated that the period from the date of this stipulation through and including September 26, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE:  August 7, 2008                                               /s/  Thomas Johnson
                                                                                    THOMAS JOHNSON
                                                                                    Attorney for Defendant
                                                                                    TIMOTHY P. ARTELLAN


DATE:  August 7, 2008                                               McGREGOR W. SCOTT
                                                                                    United States Attorney

                                                          By:            /s/   Laurel White
                                                                                    LAUREL WHITE
                                                                                    Assistant U.S. Attorney

**IT IS SO ORDERED.**


Dated:  August 8, 2008

_____
GARLAND E. BURRELL, JR.
U.S. District Judge