1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO.
                                     )
12                  Plaintiff,       )  CR. S-08-0192 GEB
                                     )
13  v.                               )  STIPULATION AND ORDER TO
                                     )  CONTINUE HEARING.
14  TIMOTHY PAUL ARTELLAN,           )
                                     )
15                  Defendant.       )
                                     )
16  _____  )

17

18      It is hereby stipulated by and among all parties that the Status

19  Conference scheduled for August 26, 2008 at 9 a.m., be continued to

20  November 7, 2008 in the same courtroom.  Thomas Johnson, attorney for

21  defendant Timothy Paul Artellan, and Assistant U.S. Attorney Laurel

22  D. White for the United States of America, are requesting the

23  continuance in order to negotiate a plea agreement in this matter.

24  ///

25  ///

26  ///

27  ///

28

                              1

1       The parties have entered into an agreement to dispose of this

2   case at the state level.  The government is in contact with Deputy

3   District Attorney Cinda Kane of the Siskiyou County District

4   Attorney's Office who has verbally agreed to enter into a plea

5   agreement with the defendant.   Due to Ms. Kane's schedule, however,

6   it has been difficult for counsel for the defendant and Ms. Kane to

7   connect to finalize a plea agreement and set this matter for

8   defendant's entry of plea.   On Tuesday, September 23, 2008, counsel

9   for the government spoke with Ms. Kane who was about to leave for

10  court.  Ms. Kane agreed to call the government's counsel later in the

11  week to discuss a state resolution of this matter.

12      Therefore, due to the additional time needed to effect a

13  disposition of this matter, the parties respectfully request that the

14  current status conference of September 26, 2008 be vacated and a new

15  conference be set for November 7, 2008, to allow the time necessary

16  for the defendant to enter a guilty plea in state court.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1      The parties stipulate that the period from the date of this

2  stipulation through and including November 7, 2008, be excluded in

3  computing the time within which trial must commence under the Speedy

4  Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code

5  T4 for continuity and preparation of counsel.

6  Date: September 24, 2008        Respectfully submitted,

7                                      McGREGOR W. SCOTT
                                       United States Attorney
8

9                                   By:   /s/ Laurel D. White
10                                      LAUREL D. WHITE
                                        Assistant U.S. Attorney
11

12 Date: September 24, 2008  By:   /s/ Thomas Johnson
                                      Signed by Laurel D. White
13                                   w/ permission of
                                     THOMAS JOHNSON
14                                   Attorney for Defendant
                                     Timothy Paul Artellan
15

16

17      **IT IS SO ORDERED.**

18 **Dated:   September 25, 2008**

19

20 _____
   **GARLAND E. BURRELL, JR.**
   **United States District Judge**
21

22

23

24

25

26

27

28

3