THOMAS A. JOHNSON, #119203

1007 7th Street, Suite 500
Sacramento, California  95814
Telephone:  (916) 422-4022

Attorney for Defendant Artellan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-S-08-0192 GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING |
| vs. | Date:    November 7, 2008 |
| TIMOTHY PAUL ARTELLAN, | Time:    9:00 a.m. |
| | Judge:   Hon. Garland E. Burrell, Jr. |
| Defendant | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status

Conference scheduled for November 7, 2008 at 9:00 a.m. be continued to December 19, 2008 at

9:00 a.m.in the same courtroom. Laurel White, Assistant United States Attorney, and Thomas A.

Johnson, Defendant's attorney, are requesting such continuance in order to negotiate a plea

agreement in this matter.

It is further stipulated that Defendant need not appear in Court on November 7, 2008, but

must appear on December 19, 2008.

It is further stipulated that the period from the date of this stipulation through and

including December 19, 2008, be excluded in computing the time within which trial must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local

Code T4 for continuity and preparation of counsel.

1    **IT IS SO STIPULATED.**

2    DATE:  November 4, 2008                                      /s/  Thomas Johnson_____

3                                                                 THOMAS JOHNSON
                                                                  Attorney for Defendant
4                                                                 TIMOTHY P. ARTELLAN

5
     DATE:  November 4, 2008                                      McGREGOR W. SCOTT
6                                                                 United States Attorney

7                                                    By:          /s/   Laurel White_____
                                                                  LAUREL WHITE
8                                                                 Assistant U.S. Attorney

9
     **IT IS SO ORDERED.**
10

11

12   Dated:  November 7, 2008

13

14

15   GARLAND E. BURRELL, JR.
     United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28