THOMAS A. JOHNSON, #119203

1007 7th Street, Suite 500
Sacramento, California  95814
Telephone:  (916) 422-4022

Attorney for Defendant Artellan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-S-08-0192 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE HEARING |
| ) | |
| vs. ) | Date:   Febrary 6, 2009 |
| TIMOTHY PAUL ARTELLAN, ) | Time:   9:00 a.m. |
| ) | Judge:  Hon. Garland E. Burrell, Jr. |
| Defendant ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for February 6, 2009 at 9:00 a.m. be continued to March 6, 2009 at 9:00 a.m.in the same courtroom. Laurel White, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to negotiate a plea agreement in this matter.

It is further stipulated that the period from the date of this stipulation through and including March 6, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: February 5, 2009                                            /s/  Thomas Johnson
                                                                                  THOMAS JOHNSON

|   |   |
|---|---|
|   | Attorney for Defendant<br>TIMOTHY P. ARTELLAN |
| DATE:  February 5, 2009 | McGREGOR W. SCOTT<br>United States Attorney |
|   | By:   /s/   Laurel White<br>LAUREL WHITE<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated:  February 9, 2009

_____
GARLAND E. BURRELL, JR.
U.S. District Judge