```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2780
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  NO. 2:08-CR-0192-GEB
                                 )
12              Plaintiff,       )
                                 )  GOVERNMENT's MOTION TO DISMISS
13       v.                      )  INDICTMENT AND PROPOSED ORDER.
                                 )
14  TIMOTHY PAUL ARTELLAN,       )
                                 )
15              Defendant.       )
                                 )
16
```

The United States of America, by and through its undersigned counsel, moves this court to dismiss the Indictment, No. Cr.S-08-0192-GEB, charging Timothy Paul Artellan with one count of possessing matter containing visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B).

As previously represented to the court, the parties entered into an agreement to dismiss the federal indictment in this case, in return for defendant Artellan's pledge to plead guilty to similar state charges. I have been informed by Deputy District Attorney John Quinn that Mr. Artellan has pleaded guilty in Siskiyou County Superior Court, to a violation of California Penal Code § 311.2(b),

1

sending or bringing into the state for sale or distribution, matter depicting sexual conduct by a minor.  As part of his guilty plea in state court, Mr. Artellan stipulated to a state prison term of 6 years.  This resolution was consistent with the agreement of the parties.

Accordingly, in light of the successful resolution of the state case, the government moves that the federal indictment be dismissed and that the status conference set for March 6, 2009 at 9 a.m. be vacated.

Date: March 3, 2009                         Respectfully submitted,

                                            LAWRENCE G. BROWN
                                            Acting U. S. Attorney

                                        By  //s// Laurel D. White
                                            LAUREL D. WHITE
                                            Assistant U.S. Attorney

ORDER

For the reasons stated in the Government's Motion to Dismiss and good cause appearing, the Indictment, Cr.S-08-0192-GEB charging Timothy Paul Artellan in one count with possessing visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), is dismissed.  The status conference set for March 6, 2009 at 9 a.m. is vacated.

IT IS SO ORDERED.

Dated:  March 4, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge